UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80998-CIV-GOLD/McALILEY

WARREN C. MCDOWELL,

    Appellant

v.

JUDITH STEIN AND DAVID NEUFELD,

    Appellees.

_____/

ORDER SETTING ORAL ARGUMENT ON BANKRUPTCY APPEAL
AND REQUIRING SUBMISSION

THIS CAUSE is before the Court *sua sponte*. On September 10, 2008, Appellant filed his Notice of Appeal from the Bankruptcy Court's Order Granting Motion for Summary Judgment in Bankruptcy Adversary Case No. 07-11728-BKC-PGH [DE 1]. The Court has received the transmittal of the record on appeal, and the case has been entered on the docket as required by Fed. R. Bankr. P. 8007.

Accordingly, it is hereby ORDERED as follows:

1.    Pursuant to Fed. R. Bankr. P. 8009(a), the Appellant shall serve and file an initial brief on or before **Tuesday, September 30, 2008**, and the Appellee shall serve and file an answer brief within fifteen (15) days after service of the Appellant's brief. The Appellant may serve and file a reply brief with ten (10) days after service of the Appellee's brief. The filing of briefs with respect to cross appeals shall be governed by Fed. R. Bankr. P. 8009(a)(2) and (3).

    a.    Pursuant to Local Rule 87.4(E)(2) of the Local Rules of the United States District Court for the Southern District of Florida, Appellant's initial brief and Appellee's answer brief shall not exceed twenty-five (25) pages in length, and the reply

brief, if any, shall not exceed fifteen (15) pages;

      b.    Pursuant to Local Rule 87.4(E)(1), Appellant's failure to timely file an initial brief may result in the dismissal of the case.

2.    Oral argument is set before the Honorable Alan S. Gold, at the United States District Courthouse, Courtroom 11-1, 400 North Miami Avenue, Miami, Florida, on **Thursday, December 18, 2008 at 4:30 p.m.** Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.

3.    The parties are required to submit bound and indexed courtesy copies of the relevant pleadings and exhibits at least 15 days prior to the hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of September, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record